UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 21, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**JUDGMENT IN A CIVIL CASE**

AHMET ASLANTURK

        v.        CASE NUMBER: CIV S-2:08-CV-1298 JAM JFM

NCO FINANCIAL SYSTEMS, INC.

**XX** -- **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE PLAINTIFF'S OFFER OF JUDGMENT DATED 7/16/08.**

                Victoria C. Minor,
                Clerk of the Court

ENTERED:   July 21, 2008

                by:_/s/_NDDuong
                NDDuong, Deputy Clerk