Debbie P. Kirkpatrick, Esq. (SBN207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, California 92106
Telephone: (619) 758-1891
Facsimile: (619) 222-3667
dkirkpatrick@sessions-law.biz

Attorney for Defendant
NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| AHMET ASLANTURK,<br><br>               Plaintiff,<br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,<br><br>               Defendants. | Case No. 08 CV 01298 JAM JFM<br><br>STIPULATION TO VACATE JUDGMENT AND DISMISS ACTION WITH PREJUDICE |

     Plaintiff, AHMET ASLANTURK, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on or about June 9, 2008.  AHMET ASLANTURK accepted NCO's Offer of Judgment on July 21, 2008.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to vacate the judgment entered by this Court and to dismiss the entire action with prejudice.

     IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the judgment entered in the above captioned

1

PDF created with pdfFactory trial version www.pdffactory.com

action be vacated pursuant to Fed. R. Civ. Pro. 60.

    IT IS FURTHER STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 8/18/08      SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Debbie P. Kirkpatrick
Debbie P. Kirkpatrick,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 8/18/08      KROHN & MOSS, LTD.

/s/Nicholas J. Bontrager
Nicholas J. Bontrager
Attorney for Plaintiff,
Ahmet Aslanturk

IT IS SO ORDERED.

Dated:   August 20, 2008

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
U. S. DISTRICT JUDGE

2

Stipulation to Vacate Judgment and Dismiss

PDF created with pdfFactory trial version www.pdffactory.com